UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
David C Lettieri
    **Petitioner**

    v.

Civil Action No. 1:25-cv-10511-FDS

Bureau of Prisons
    **Respondent**
_____

## ORDER OF DISMISSAL

**Saylor, C. J.**

In accordance with the Court's ORDER dated September 16, 2025 (Dkt. No. 5), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

09/16/2025          /s/ Melonie Cooke
Date          Deputy Clerk